UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER LEWIS,<br><br>Defendant. | ) | Case No. 5:22-cr-00050-GFVT-MAS-2<br><br>**ORDER** |

***   ***   ***   ***

This matter is before the Court on its own motion. Sentencing in this case is currently scheduled for December 6, 2023. [R. 77.] Due to a conflict with the Court's calendar, the sentencing must be rescheduled. Accordingly, and the Court being sufficiently advised, Defendant Lewis's sentencing is **RESCHEDULED** to **Tuesday, December 12, 2023, at 3:30 p.m.** at the United States Courthouse in **Frankfort**, Kentucky.

This the 18th day of September, 2023.

Gregory F. Van Tatenhove
United States District Judge